IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

JAMES MATHIS                                                                       PETITIONER

V.                                                                         No. 3:19-CV-132-SA-DAS

PELICIA HALL, ET AL.                                                             RESPONDENTS

ORDER DISMISSING PETITIONER'S MOTION
FOR A CERTIFICATE OF APPEALABILITY

This matter comes before the court on the motion by the petitioner for a Certificate of Appealability. As the court has not entered a final judgment in this case from which the petitioner might appeal, the instant motion is DISMISSED as premature.

SO ORDERED, this, the 10th day of January, 2020.

/s/ Sharion Aycock
UNITED STATES DISTRICT JUDGE