IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

JAMES MATHIS                                                                                    PETITIONER

v.                                                                                    No. 3:19CV132-SA-DAS

PELICIA HALL, ET AL.                                                                         RESPONDENTS

ORDER *DENYING* PETITIONER'S MOTION [28]
FOR A CERTIFICATE OF APPEALABILITY;
*DISMISSING AS MOOT* PETITIONER'S MOTIONS [25], [27]
TO EXTEND THE DEADLINE TO SEEK
A CERTIFICATE OF APPEALABILITY

This matter comes before the court on the motion [28] by the petitioner for a Certificate of Appealability. As the court has previously found that a Certificate of Appealability is not warranted in this case, the instant motion is DENIED. In light of this ruling, the petitioner's motions [25], [27] to extend the deadline to seek a Certificate of Appealability are DISMISSED as moot.

SO ORDERED, this, the 6th day of July, 2021.

/s/ Sharion Aycock
U. S. DISTRICT JUDGE